JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FL PCM HOLDING LLC, et al., | No. 2:21-CV-04136-CAS-DFMx |
|     Plaintiffs, | JUDGMENT |
|        v. | |
| DONNA P. CAMPAGNOLO, et al., | |
|     Defendants. | |

Plaintiffs' motion for summary judgment, and defendants' respective opposition thereto, came before the Court on December 19, 2022. The Court, having considered the pleadings and arguments of the parties, and the Certified Administrative Record before United States Citizenship and Immigration Services ("USCIS"), hereby DENIES plaintiffs' motion and directs judgment be entered in defendants' favor.

The Court finds that plaintiffs failed to establish that USCIS' denial of their petition for L-1A status on behalf of plaintiff Martirosyan was arbitrary, capricious or contrary to law or otherwise in violation of the Administrative Procedure Act, 5 U.S.C. § 706(2).

1       Furthermore, the Court finds that the Certified Administrative Record does

2   not compel a result different from that of USCIS in this matter.

3       IT IS SO ORDERED AND ADJUDGED.

4

5   Dated: December 20, 2022

6

7                       UNITED STATES DISTRICT JUDGE